Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDEN YOHANES, | Civil Action No. 2:20-cv-00101-MJP |
| Plaintiff, | STIPULATED ORDER OF DISMISSAL |
| vs. | |
| JAMES RIVER INSURANCE COMPANY, a foreign automobile insurance carrier; RASIER, LLC, a foreign limited liability company; UBER USA, LLC, a foreign limited liability company; and UBER TECHNOLOGIES, LLC, a foreign for-profit corporation, | |
| Defendants. | |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED this action, including all Counterclaims, is dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

DATED this 13th day of October, 2020.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL - 1
(2:20-cv-00101-MJP)

**WOOD, SMITH, HENNING & BERMAN LLP**
520 Pike Street, Suite 1525
Seattle, Washington 98101-4001
206-204-6800

Presented by:

WOOD SMITH HENNING & BERMAN, LLP

_____s/Timothy D. Shea_____
Timothy D. Shea, WSBA #39631
    tshea@wshblaw.com
Colin J. Troy, WSBA #46197
    ctroy@wshblaw.com
Louiza M Dudin, WSBA #52497
    ldudin@wshblaw.com
Wood Smith Henning & Berman LLP
520 Pike Street, Suite 1525
Seattle, WA  98101
P: (206) 204-6800

DAVIS LAW GROUP P.S.

_____s/Meridith E. Ramsey_____
Maridith E. Ramsey, WSBA #46266
maridith@davislawgroupseattle.com
Peter J. Balzarini, WSBA #52854
pete@davislawgroupseattle.com
Davis Law Group P.S.
2101 Fourth Avenue, Suite 1030
Seattle, WA  98121
P:  (206) 727-4000
Attorneys for Plaintiff

CHOCK BARHOUM LLP

_____s/John R. Barhoum_____
John R. Barhoum, WSBA #42776
john.barhoum@chockbarhoum.com
Sarah Tuthill-Kveton, WSBA #51801
sarah@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison Street, Suite 415
Portland, OR  97204
P:  (503) 223-3000
Attorneys for James River Insurance Company

15686438.1:11009-0554

ORDER OF DISMISSAL - 2
(2:20-cv-00101-MJP)

**WOOD, SMITH, HENNING & BERMAN LLP**
520 Pike Street, Suite 1525
Seattle, Washington 98101-4001
206-204-6800